# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1179
Lower Tribunal No. 22-279F

_____

JACQUELINE WELLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

October 10, 2025

PER CURIAM.

AFFIRMED. *See Kaiser v. State*, 322 So. 3d 696, 697 (Fla. 4th DCA 2021) ("While a test *result* led to the filing of the violation of probation affidavit, it is the guilty plea to the two violations, including that he possessed and smoked methamphetamine, that makes section 948.06(2)(f)1. unavailable to him.").

STARGEL, NARDELLA and BROWNLEE, JJ., concur.

Blair Allen, Public Defender, and David L. Redfearn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED